**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| ANDY MOORE,<br><br>*Plaintiff*,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC., *et al.*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-1996 (PTG/WEF) |

# ORDER

This matter is before the Court on (1) Defendants Mid-Atlantic Permanente Medical Group, P.C. ("MAPMG") and Thuy-Anh Melvin, M.D.'s ("Dr. Melvin") Motion to Dismiss Count II of Plaintiff Andy Moore's Second Amended Complaint (Dkt. 43) and (2) Defendant Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.'s ("KFHPMAS") Motion to Dismiss the Second Amended Complaint (Dkt. 51). On November 5, 2026, the Court conducted a hearing on the matter. For the reasons stated from the bench, it is hereby

**ORDERED** that Defendants MAPMG and Dr. Melvin's Motion to Dismiss (Dkt. 43) is **DENIED**; and it is further

**ORDERED** that Defendant KFHPMAS's Motion to Dismiss (Dkt. 51) is **GRANTED** as to Count I of the Second Amended Complaint, and it is **DISMISSED** from this action.

Entered this 6th day of November, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge